Argued and submitted March 29, reversed and remanded for reconsideration October 6, reconsideration denied December 15, 1993, petition for review pending 1994

In the Matter of the Compensation of
Charles Jones, Claimant.

Charles JONES,
*Petitioner,*

*v.*

SAIF CORPORATION
and Ed Brown Trucking,
*Respondents.*

(WCB 91-07822; CA A76331)

861 P2d 364

Darris K. Rowell, Salem, argued the cause for petitioner. With him on the brief was Olson, Rowell & Walsh, Salem.

Steve Cotton, Special Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Theodore K. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Jefferson v. Sam's Cafe,* 123 Or App 464, 861 P2d 359 (1993).